[No. 8602–0–III.   Division Three.   October 25, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY E. DANA, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 86–1–00220–3, Clinton J. Merritt, J., entered

April 24, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Stauffacher, J. Pro Tem.